

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00040-CV

| | | |
|---|---|---|
| HAWK STEEL INDUSTRIES, INC., Appellant | § | On Appeal from the 236th District Court |
| | § | |
| | | of Tarrant County (236-302552-18) |
| V. | § | |
| | | August 15, 2019 |
| | § | |
| WILLIE JAMES STAFFORD, JR., Appellee | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Hawk Steel Industries, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
    Chief Justice Bonnie Sudderth